a

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JERMAINE CLARK #578450,<br>Plaintiff | CIVIL DOCKET NO. 1:21-CV-03996<br>SEC P |
| VERSUS | JUDGE DRELL |
| SHERIFFS DEPT LASALLE PARISH,<br>Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

REPORT AND RECOMMENDATION

Before the Court is a civil rights Complaint under 42 U.S.C. § 1983 (ECF No. 1) filed by pro se Plaintiff Jermaine Clark ("Clark"). Clark is an inmate in the custody of the Louisiana Department of Corrections incarcerated at the River Bend Detention Center ("RBDC") in Lake Providence, Louisiana. Clark claims that he was attacked by another inmate at the LaSalle Correctional Center.

Because Clark has failed to comply with the Court's Order to amend (ECF No. 7), Clark's Complaint (ECF Nos. 1, 6) should be DISMISSED WITHOUT PREJUDICE.

I.  Background

Clark alleges that Defendants failed to protect him from an attack by another inmate. ECF No. 1. After filing one Amended Complaint (ECF No. 6), Clark was ordered to amend further to provide additional information necessary to support his claim. ECF No. 7.

1

## II. Law and Analysis

A district court may dismiss an action for the plaintiff's failure to prosecute or to comply with any order. Fed. R. Civ. P. 41(b). A court possesses the inherent authority to dismiss the action *sua sponte*. *See Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962). "The power to invoke this sanction is necessary in order to prevent undue delays in the disposition of pending cases and to avoid congestion in the calendars of the District Courts." *Id.* at 629-30.

Clark was ordered to further amend his Complaint by February 24, 2022. ECF No. 7. To date, Clark has failed to comply with the Court's Order or request an extension of time within which to do so.

## III. Conclusion

Because Clark has not complied with the Court's Order, IT IS RECOMMENDED that his Complaint (ECF Nos. 1, 6) be DISMISSED WITHOUT PREJUDICE under Rule 41 of the Federal Rules of Civil Procedure.

Under 28 U.S.C. § 636(b)(1)(c) and Fed. R. Civ. P. 72(b), a party may file written objections to this Report and Recommendation within 14 days of service, unless the Court grants an extension of time to file objections under Fed. R. Civ. P. 6(b). A party may also respond to another party's objections to this Report and Recommendation within 14 days of service of those objections, again unless the Court grants an extension of time to file a response to objections.

No other briefs may be filed without leave of court, which will only be granted for good cause. A party's failure to timely file written objections to this Report and

Recommendation will bar a party from later challenging factual or legal conclusions adopted by the District Judge, except if the challenge asserts "plain error."

SIGNED on Monday, March 14, 2022.

_____
JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE