UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JERMAINE CLARK #578450,<br>Plaintiff | CIVIL DOCKET NO. 1:21-CV-03996<br>SEC P |
| VERSUS | JUDGE DRELL |
| SHERIFFS DEPT LASALLE PARISH,<br>Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 9), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Complaint (ECF No. 1) is hereby DISMISSED WITHOUT PREJUDICE pursuant to Rule 41 of the Federal Rules of Civil Procedure.

THUS, DONE AND SIGNED, at Alexandria, Louisiana, on this 31st day of MARCH 2022.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT